# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00085-CR

**The State of Texas, Appellant**

**v.**

**Eric Wayne Donaldson, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2014-499, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The State's brief was originally due on April 11, 2016. On counsel's first and second motions, the deadline for filing the State's brief was extended to June 10, 2016. State's counsel has now filed a third motion requesting that the Court extend the time for filing the State's brief until July 11, 2016. We grant the third motion for extension, and order State's counsel to file a brief no later than July 11, 2016. No further extension of time will be granted. If this Court does not receive the State's brief by July 11, 2016, this appeal will be dismissed for want of prosecution.

It is ordered on June 17, 2016.

Before Justices Puryear, Goodwin, and Field

Do Not Publish